UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JESSE ROBIDOUX; et al., | No. 09-16674 |
| Plaintiffs - Appellants, | D.C. No. 2:06-cv-02334-LKK-DAD |
| v. | Eastern District of California, Sacramento |
| BRIAN ROSENGREN; et al., | |
| Defendants - Appellees. | ORDER |

Before: NOONAN, PAEZ, and BEA, Circuit Judges.

The mandate issued on February 14, 2011 was issued in error. The mandate is recalled. The request for publication filed on January 28, 2011 is GRANTED. The memorandum disposition filed on January 21, 2011 is WITHDRAWN. A superseding opinion will be filed in due course.